**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES -- GENERAL

Case No.     **CV 23-6622-JFW(PVCx)**                           Date: **October 25, 2023**

Title:              Marquise Bailey -*v*- Manuel Mancilla

_____

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                    **None Present**
   **Courtroom Deputy**                                  **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                            None


**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK
                                   OF PROSECUTION**

       Plaintiff is ordered to show cause, in writing, no later than **November 3, 2023**, why this
action should not be dismissed for lack of prosecution.

       The Court will consider the filing of the following on or before the above date as an
appropriate response to this Order to Show Cause:


_____  Proof of service of summons and complaint

__X__    Answer by the defendant or an application for entry of default pursuant to Federal Rule
         of Civil Procedure 55(a)

_____  Motion for entry of default judgment set for hearing in accordance with the Local Rules
         and the Court's Standing Order


       No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See*
Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response
to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the
dismissal of this action.

       IT IS SO ORDERED.



Initials of Deputy Clerk __sr__

(Rev. 10/1/04)